No. 00–8918. GARAY, AKA FOSKIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 00–8919. HENDERSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 00–8923. KEE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 00–8925. MAGLIOCCA v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 00–8926. LYCKMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 00–8927. LESLIE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 00–8929. STULL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 00–8933. QUIRINO-LANDEROS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 00–8936. HINDS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 00–8937. DORRIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 00–8938. MICHEL-DIAZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 00–8939. CHACON-ARVIZO v. UNITED STATES; and RUIZ-CISNEROS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 00–8941. SOLAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8946. BASS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 00–8947. OROZCO-MOTA, AKA LOPEZ-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮